JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

### Plaintiff(s):
First Listed Plaintiff:
David Roberson, individually and on behalf of all other similarly situated individuals ;
**County of Residence:** Outside This District

### Defendant(s):
First Listed Defendant:
RESTAURANT DELIVERY DEVELOPERS, LLC, d/b/a DOORSTEP DELIVERY ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Hillsborough County

### Plaintiff's Attorney(s):
Eric J. Lindstrom (David Roberson, individually and on behalf of all other similarly situated individuals)
EGAN, LEV, LINDSTROM & SIWICA, P.A.
Post Office Box 5276
Gainesville, Florida 32627-5276
**Phone:** 3527274072
**Fax:** 3527274072
**Email:** elindstrom@eganlev.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** 29 U.S.C. §§ 201 et seq
**Requested in Complaint**
    **Class Action:** Class Action Under FRCP23
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _[signature]_      03/30/2017