**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| DAVID ROBERSON, individually and on behalf of all other similarly situated individuals,<br><br>        Plaintiff,<br><br>RESTAURANT DELIVERY DEVELOPERS, LLC d/b/a DOORSTEP DELIVERY<br><br>        Defendant | Civil Action No. 8:17-cv-00769-CMV-MAP |

**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO
COLLECTIVE ACTION COMPLAINT**

The undersigned counsel for the Parties jointly file this motion requesting an extension of time for Defendant to respond to Plaintiff's Collective Action Complaint. Plaintiff filed his Complaint on March 31, 2017, and served Defendant with the Summons and Complaint on May 5, 2017. On May 19, 2017, the Parties agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to June 26, 2017. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's response to the Complaint was due on May 26, 2017. The Parties respectfully request that this deadline be reset to June 26, 2017.

Dated: May 31, 2017

Respectfully submitted,

DAVID ROBERSON on behalf of himself and all others similarly situated,

By his attorneys,

/s/ Eric Lindstrom_____
Eric Lindstrom, FL Bar # 104778
Egan, Lev, Lindstrom & Siwica, P.A.
231 E. Colonial Drive
Orlando, FL 32801
(352) 672-6901
elindstrom@eganlev.com


Shannon Liss-Riordan,
*pro hac vice pending*
Thomas Fowler,
*pro hac vice pending*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com


RESTAURANT DELIVERY DEVELOPERS, LLC, d/b/a

/s/ Judy Karniewicz_____
Judy Karniewicz, FL Bar # 694185
The Karniewicz Law Group
3834 W. Humphrey Street
Tampa, FL 33614
(813) 962-0747
judy@tklg.net

**Certificate of Service**

I hereby certify that on May 31, 2017, a true and accurate copy of the foregoing Joint Motion was served on the following via electronic and first class mail:

Judy Karniewicz, FL Bar # 694185
The Karniewicz Law Group
3834 W. Humphrey Street
Tampa, FL 33614
judy@tklg.net

        /s/ Eric Lindstrom
          Eric Lindstrom